RALPH J. MARRA
ACTING UNITED STATES ATTORNEY
LEAH A. BYNON, ASSISTANT U.S. ATTORNEY
970 Broad Street, Room 700
Newark, New Jersey 07102
(973) 645-2736

March 24, 2009

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | HON. PETER G. SHERIDAN |
| PLAINTIFF, | : | CRIMINAL NO. 07-492-08 |
| v. | : | |
| SUN HEE LIM, | : | |
| | : | ORDER |
| DEFENDANT, | : | |
| BANK OF AMERICA, NA, | : | |
| GARNISHEE. | | |

This matter having been opened to the Court by the U.S. Attorney for the District of New Jersey, on behalf of plaintiff United States of America, and for good cause shown,

It is on this 30 day of March, 200

ORDERED that the Application and Order for Writ of Garnishment in this matter is hereby WITHDRAWN.

By: _____
HONORABLE PETER G. SHERIDAN
JUDGE, U.S. DISTRICT COURT